of certiorari to the Supreme Court of Arkansas denied. *Messrs. Robert E. Wiley* and *Edward J. White* for petitioner. *Messrs. George B. Rose, D. H. Cantrell, J. F. Loughborough, Nicholas J. Gantt, Jr., G. W. Dobyns,* and *A. F. House* for respondents.

Nos. 320 and 321. FIDELITY & DEPOSIT CO. *v.* UNITED STATES. October 17, 1932. Petition for writs of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. George E. Hamilton, John J. Hamilton, George E. Hamilton, Jr., Henry R. Gower,* and *Washington Bowie, Jr.,* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, Marcus Borchardt,* and *Erwin N. Griswold* for the United States.

No. 323. SPEAKMAN, TRUSTEE, *v.* BERNSTEIN ET AL., EXECUTORS. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Allen McReynolds* for petitioner. *Mr. Robert A. Hunter* for respondents.

No. 325. CLARION RIVER POWER CO. *v.* SMITH ET AL. October 17, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Robert F. Cogswell, Wm. Marshall Bullitt,* and *C. Edward Paxson* for petitioner. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Mr. Erwin N. Griswold* for respondents.